UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.

Docket No. 2:24-cr-00056

DALE CHAPPELL,
 Defendant.

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PRO SE MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

NOW COMES the United States of America, by and through its attorney, Michael P. Drescher, Acting United States Attorney for the District of Vermont, and moves for an extension of time to respond to Defendant's Pro Se Motion for Early Termination of Supervised Release (the "Motion").  [D.E. 5].

On February 26, 2025, the defendant filed the Motion.  The government's response to the Motion is currently due by March 26, 2025.  The defendant's supervised release was transferred from another federal district.  The United States received a copy of the defendant's PSR from the Probation Office on March 14, 2025.  The government seeks a 30-day extension of time to respond to the Motion, that is, until April 26, 2025.  This is the first such request for an extension.

Dated at Burlington, in the District of Vermont, March 14, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL P. DRESCHER
Acting United States Attorney

By:    */s/ Jonathan A. Ophardt*
JONATHAN A. OPHARDT
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570